**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Marketta L. Proctor,**  §<br>§<br>**Plaintiff,**  §<br>§<br>v.  §<br>§<br>**MRS BPO LLC,**  §<br>§<br>**Defendant.**  § | Case No.  16-cv-2148 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant, MRS BPO, LLC, ("defendant"), hereby removes the above captioned civil action from the Superior Court of the District of Columbia, Civil Division, to the United States District Court for the District of Columbia.  The removal of this civil action is proper because:

1.  MRS BPO, LLC is a defendant in a civil action filed by plaintiff, Marketta L. Proctor ("plaintiff"), in the Superior Court of the District of Columbia, Civil Division, captioned as *Marketta L. Proctor v. MRS BPO, LLC,* Case No. 2016SC3004174 (hereinafter the "State Court Action"). Defendant consents to removal and there are no other defendants in this matter.

2.  Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, defendant removes the State/DC Superior Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

3.  The Statement of Claim in the State/DC Superior Court Action (hereinafter the "State Court Action Statement of Claim") asserts claims under the federal Fair Credit

1

Reporting Act, 15 U.S.C. § 1681, et seq. A true and correct copy of plaintiff's Statement of Claim and all other documents filed in the Superior Court of the District of Columbia, Civil Division, are attached hereto as **Exhibit "A."**

4. Removal of the State/DC Superior Court Action is proper under 28 U.S.C. § 1441. If the action had originally been brought in this Court, this Court would have original, federal question jurisdiction over plaintiff's Fair Credit Reporting Act claims pursuant to 28 U.S.C. § 1331, as well as supplemental jurisdiction over the common law claims asserted.

5. The Superior Court of the District of Columbia, Civil Division, is located within the District of Columbia. Therefore, venue for purposes of removal is proper because the United States District Court for the District of Columbia embraces the place in which the removed action was pending. *See* 28 U.S.C. § 1441(a).

6. Pursuant to 28 U.S.C. § 1446(b), Defendant has timely filed this Notice of Removal. Defendant was served with process on October 3, 2016. This Notice of Removal is being filed within 30 days from service of the Statement of Claim.

7. Written notice of this Notice of Removal of this action is being immediately provided to the Superior Court of the District of Columbia, Small Claims and Conciliation Branch. *See* Exhibit "B" attached hereto.

8. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Superior Court of the District of Columbia, Civil Division.

WHEREFORE, Defendant, MRS BPO, LLC, hereby removes the State Court Action to this Honorable Court.

Respectfully Submitted,

*/s/ Aaron R. Easley*
Aaron R. Easley, Esq.
SESSIONS FISHMAN NATHAN & ISRAEL, LLC
3 Cross Creek Drive
Flemington, New Jersey 08822-4938
Telephone: (908) 237-1660
Facsimile: (908) 237-1663
E-Mail: aeasley@sessions.legal

*Attorney for Defendant,*
*MRS BPO, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2016, a copy of the foregoing **Notice of Removal** was electronically filed with the Clerk of the Court, United States District Court for the District of Columbia and served via FedEx upon the following:

Marketta L. Proctor
1615 27th Street S.E.
Washington, D.C. 20020
Telephone: (818) 590-6544
***Pro Se Plaintiff***

*/s/ Aaron R. Easley*
Aaron R. Easley, Esq.