# EXHIBIT A

# Superior Court of the District of Columbia
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
Bldg. B, 510 4th Street, N.W., RM -120
WASHINGTON, D.C. 20001   TELEPHONE 879-1120

FILED SEP 28 2016
Clerk Superior Court of the District of Columbia Small Claims Branch

Small Claims Form 11  OCT 03 2016  RECEIVED

MRS BPO, LLC  JPChase DDA

Plaintiff(s): Marketta L. Proctor

vs.

Defendant(s):
(1) MRS BPO LLC
(2) c/o Debra Julien
(3)

Address: 1615 27st St SE WDC 20020
Phone No.: 818-590-6544
No. SC 2016 SC3 004174

## STATEMENT OF CLAIM  7030 0000 0045 6318 422

Suing MRS BPO LLC c/o Debra Julien for Negligence and Non-compliance. Pulling credit report on August 16, 2014 Happened in Washington DC 20020 first discovered on April 27, 2015 Suing for Defendant for 5000.00

DISTRICT OF COLUMBIA, ss: Marketta L. Proctor being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Plaintiff/Agent (Sign and Print Name): Marketta L. Proctor
Address: 1615 27th St SE
City/State/Zip Code: Washington DC 20020
Phone No.: 818-590-6544

Title: _____

Subscribed and sworn to before me this 22nd day of Sept 2016

Deputy Clerk (Notary Public): Anthony Jackson, Deputy Clerk

Attorney for Plaintiff (Sign and Print Name): _____
Address: _____   Zip Code: _____
Bar No.: _____   Phone No.: _____

## NOTICE (All parties must notify the court of any address changes.)

To:
(1) MRS BPO LLC c/o Debra Julien
Defendant
Address: 1930 Olney Ave Cherry Hill NJ 08003
☐ Home  ☑ Business

(2) c/o Debra Julien
Defendant
Address: 1930 Olney Ave Cherry Hill, NJ 08003
☐ Home  ☑ Business

You are hereby notified that Marketta L. Proctor has made a claim and is requesting judgment against you in the sum of Five thousand dollars and zero cent dollars ($5000.00), as shown by the foregoing statement. The court will hold a hearing upon this claim on 10-28-16 at 9:00 a.m. in the Small Claims and Conciliation Courtroom 119, Bldg. B, 510 4th Street, N.W.,

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS  BRING THIS NOTICE WITH YOU AT ALL TIMES

Deputy Clerk
Small Claims and Conciliation Branch

CV-47U/AUG. 12

## INSTRUCTIONS TO DEFENDANTS

**IMPORTANT:** IF YOU FAIL TO APPEAR AT THE TIME STATED OR AT ANY OTHER TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY, DAMAGES OR OTHER RELIEF DEMANDED IN THE STATEMENT OF CLAIM. IF THIS OCCURS, YOUR WAGES OR BANK ACCOUNT MAY BE ATTACHED OR WITHHELD OR ANY PERSONAL PROPERTY OWNED BY YOU MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. **DO NOT FAIL TO APPEAR AT THE REQUIRED TIME.**

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with all parties to see if a settlement can be worked out. If all parties are present when your case is called, you and the plaintiff will be able to see a mediator and hopefully settle your dispute without having to go to trial.

You may come with or without a lawyer. The Statement of Claim indicates whether the plaintiff has a lawyer. If the plaintiff does have a lawyer and you wish to dispute the claim, it would be in your best interest to have your own lawyer.

If you wish to have legal advice and feel that you cannot afford to pay a fee to a lawyer, you may contact the Neighborhood Legal Services Program at (202) 269-5100, the DC Law Students in Court Program at (202) 638-4798, Legal Counsel for the Elderly at (202) 434-2170 or the Legal Aid Society at (202) 628-1161. If you need further help, come to Building B, 510 4th Street, N.W., Room 120, for more information concerning places where you may ask for such help. You may also consult the legal aid directory on www.lawhelp.org/dc. Act promptly.

If it is impossible for you to appear on the date of trial, attempt to contact the Plaintiff to arrange a new date. If parties agree on a date, notify the clerk of the Small Claims Branch of this court in person or by phone of the new date. If parties cannot agree, you may contact the clerk who will inform you regarding procedures. If you do not appear on the new date, a judgment may be entered against you.

Whenever corresponding with the Small Claims clerk's office by mai , please include your case number and your date to appear in court.

You are given the following additional instructions in the event that you intend to appear without a lawyer:

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing.

If you wish to have witnesses summoned, see the clerk at once for assistance.

If you admit the claim but desire additional time to pay, you must come to the hearing in person and state the circumstances to the Court.

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARTO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DEL COLUMBIA, BUILDING B, 510 4TH STREET N.W., SALA 120.**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C. BUILDING B, 510 4TH STREET N.W., ROOM 120.**

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
### SMALL CLAIMS AND CONCILIATION BRANCH
### INFORMATION SHEET

Plaintiff: Marketta L. Proctor

vs

Defendant: MRS BPO LLC

Case No: 2016 SC 3004174

Date: 9-28-16 ~~09/22/16~~

Name (please print): Marketta L. Proctor

Firm Name, if applicable: 

Telephone No: 818-590-6544

6 Digit Unified Bar No.:

Relationship to Lawsuit:
- [ ] Attorney for Plaintiff
- [x] Self (Pro Se)
- [ ] Other:

Do you need an interpreter for your case? [ ] Yes  [x] No   If yes, what type:

AMOUNT IN CONTROVERSY: [ ] $1-$500   [ ] $500.01-$2,500   [x] $2,500.01-$5,000

PENDING CASE(S) RELATED TO THE ACTION BEING FILED:
Case No: ___   Case No: ___

NATURE OF SUIT: (Check Appropriate Box(s))

**A. CONTRACTS** – a claim based on an agreement between parties made either orally or in writing
- [ ] Debt Suit
- [ ] Breach of Warranty
- [ ] Negotiable Instrument
- [ ] Personal Property
- [ ] Loan
- [ ] Rent Due
- [ ] Unpaid Wages
- [ ] Services Rendered
- [ ] Security Deposit
- [ ] Breach of Contract
- [ ] Home Improvement Contract
- [ ] Oral

**B. PROPERTY TORTS** – a claim for an injury or wrong committed on the property of another
- [ ] Automobile
- [ ] Conversion
- [ ] Shop Lifting
- [ ] Property Damage
- [ ] Destruction of Property
- [ ] Trespass

**C. PERSONAL TORT** – a claim for an injury or wrong committed on the person of another
- [ ] Assault and Battery
- [ ] False Witness
- [ ] Libel and Slander
- [ ] Automobile
- [ ] Personal Injury
- [x] Negligence
- [ ] Harassment
- [ ] Fraudulent Misrepresentation
- [ ] Slip and Fall

**D.** [ ] UNIFORM ARBITRATION ACT – an action based on an arbitration agreement

**G.** [ ] SUBROGATION – a claim filed by one person in the place of another

**E.** [ ] FOREIGN JUDGMENT – a judgment, decree or order filed from another jurisdiction

**H.** [ ] COLLECTION – a claim filed by a seller or lender to collect a consumer debt

**F.** [ ] MEDICAL MALPRACTICE – a claim against a healthcare provider for professional misconduct
Have you given notice of intention to file your lawsuit 90 days prior to filing? [ ] Yes  [ ] No

CV-3046/Rev. Feb. 08

SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

OFFICIAL BUSINESS
PENALTY FOR MISUSE

**CERTIFIED MAIL**



7015 0640 0007 8271 3917

U.S. POSTAGE >> PITNEY BOWES

ZIP 20001  $ 006.46
02 1W
0001402440 SEP 29 2016

MRS BPO LLC
c/o Debra Julien
1930 Olney Avenue
CHERRY HILL, NJ 08003
2016 SC3 004174  October 28, 2016



RECEIVED OCT 03 2016

0800332016 C010