UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARKETTA L. PROCTOR,<br>1615 27th Street S.E.<br>Washington, D.C. 20020<br>(818) 590-6544<br><br>    Plaintiff,<br><br>v.<br><br>MRS BPO LLC,<br>c/o<br>Atty. R. Glenn Knirsch<br>2647 Eaton Road<br>University Heights, OH 44118<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 16-cv-2148 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Plaintiff's motion [ECF No. 15] to dismiss pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure is hereby **GRANTED**.

This action shall stand DISMISSED WITH PREJUDICE, each side to bear their own costs.

**So ORDERED.**

                         _____
                         Royce C. Lamberth
                         United States District Judge

DATE: 3/14/17